IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BYRON L. CONWAY
ADC# 113285                                                                                    PLAINTIFF

v.                              Case No. 2:10-cv-143-DPM/JTR

WENDY KELLEY, RORY GRIFFIN,
DOTTIE YARBROUGH, WHITMORE,
A. GREEN, K. GRIGSBY, D. LEBEL,
CHILDRESS, FERRICHER, and
CORRECTIONAL MEDICAL SERVICES                                     DEFENDANTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Partial Disposition—to which Byron Conway has not objected. Having reviewed the proposal for clear errors of fact on the face of the record as a whole, FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes), and legal error, the Court adopts Magistrate Judge Ray's proposal, *Document No. 13*. The Court grants Conway's motion to dismiss, *Document No. 10*, and dismisses Defendants Wendy Kelley, Rory Griffin, and Dottie Yarbrough from this case without prejudice. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C.A.

§ 1915(a)(3) (West 2006).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 Jan. 2011