# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BYRON L. CONWAY,
ADC #113285
                     PLAINTIFF

V.         2:10CV00143 DPM/JTR

MICHAEL FERRICHER,
Arkansas Department of Correction, et al.    DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new,

different, or additional evidence, and to have a hearing for this purpose before the United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3. An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## I. Discussion

Plaintiff, Byron L. Conway, is a prisoner at the Grimes Unit of the Arkansas Department of Correction. In this *pro se* § 1983 action, he alleges that, while he was a prisoner at the Maximum Security Unit, Defendants Michael Ferricher, Shana

Whitmore, Deborah Lebel, and Quiana Childress failed to provide him with constitutionally adequate medical care for bloody stools. *See* docket entries #2 and #3.

In July of 2011, Defendants filed two Motions for Summary Judgment arguing that they were entitled to a dismissal, with prejudice, on the merits of the inadequate medical care claims Plaintiff raised against them. *See* docket entries #43 and #45. The Court gave Plaintiff thirty days to file Responses to those two dispositive Motions. *See* docket entry #49.

On August 31, 2011, Plaintiff filed a Motion for Voluntary Dismissal stating that he no longer wishes to pursue his inadequate medical care claims against the individual Defendants. *See* docket entry #51. Instead, he intends to pursue a new lawsuit against their employer, Corizon, Inc.[1] *Id.*

Defendants have not filed a Response objecting to Plaintiff's request, and the time for doing so has expired. Accordingly, the Court finds good cause for granting Plaintiff's Motion, pursuant to Fed. R. Civ. P. 41(a)(2).

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

---

[1] Corizon, Inc. was formally known as Correctional Medical Services, Inc. *See* docket entry #46

1. Plaintiff's Motion For Voluntary Dismissal (docket entry #51) be GRANTED, and that this case be VOLUNTARILY DISMISSED, WITHOUT PREJUDICE.

2. Defendants' Motions for Summary Judgment (docket entries #43 and #45) be DISMISSED, AS MOOT.

3. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommended Disposition would not be taken in good faith.

Dated this  22nd  day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE