IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BYRON L. CONWAY
ADC# 113285                                                                                    PLAINTIFF

v.                                    No. 2:10-cv-143-DPM-JTR

SHANA WHITMORE, DEBORAH
LEBEL, QUIANA CHILDRESS, and
MICHAEL FERRICHER                                                                      DEFENDANTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Partial Disposition, to which Byron Conway has not objected. Having reviewed the proposal for clear errors of fact on the face of the record as a whole and for legal error, FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes), the Court adopts Magistrate Judge Ray's proposal, *Document No. 52*. The Court grants Conway's motion to dismiss the remaining defendants. *Document No. 51*. Motions, *Document Nos. 43 & 45*, dismissed as moot. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C.A. § 1915(a)(3) (West 2006).

So Ordered.

*JPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

*8 November 2011*