IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BYRON L. CONWAY
ADC# 113285                                                                                    PLAINTIFF

v.                                    No. 2:10-cv-143-DPM

WENDY KELLEY, RORY GRIFFIN,
DOTTIE YARBROUGH, SHANA WHITMORE,
A. GREEN, K. GRIGSBY, DEBORAH LEBEL,
QUIANA CHILDRESS, MICHAEL FERRICHER, and
CORRECTIONAL MEDICAL SERVICES                                          DEFENDANTS

JUDGMENT

Conway's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 November 2011